IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WALTER EARL DODD, JR. | ) |
| PLAINTIFF, | ) |
| VERSUS | ) CASE NO: 1:12-CV-00087 |
| | ) JUDGE HAYNES |
| JERRY SIMMONS, | ) Jury Demand |
| OFFICER CHARLES PIERCE, and | ) |
| CITY OF CENTERVILLE, | ) |
| DEFENDANTS. | ) |

*[Handwritten annotation: ORDER — This motion is GRANTED. The conference is reset for October 30, 2013 at 10:00 am. /s/ [signature] 10/21/13]*

## MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Comes the undersigned, attorney for the Defendant, Jerry Simmons, and respectfully Moves this Court for entry of an Order to reschedule the pre-trial conference. In support of this Motion, the undersigned reminds the Court that the pre-trial conference was originally scheduled for October 21, 2013 at 3:00 p.m. By Notice, the Court continued the pre-trial conference until October 25, 2013 at 10:30 a.m. The undersigned is scheduled to be out of town October 23 - 27, 2013 on a trip that cannot be rescheduled or rearranged.

Undersigned counsel has conferred with defense counsel, Robert Burns, Kristen Berexa and Mark McGrady as well as plaintiff's counsel, John Beam and Desiree Goff, all of whom are agreeable to rescheduling the pre-trial conference and have available the afternoon of October 29, 2013; or the morning of October 30, 2013. John Beam is returning from a business trip to South Carolina on October 29th and respectfully requests that the conference be scheduled for 3:30 p.m. if on the 29th and Robert Burns has appointments the afternoon of October 30th but is available in the morning.

WHEREFORE, the undersigned respectfully Moves the Court for entry of an Order

1