IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WALTER EARL DODD, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:12-cv-0087 |
| | ) Chief Judge Haynes |
| JERRY SIMMONS, | ) |
| OFFICER CHARLES PIERCE, and | ) |
| CITY OF CENTERVILLE, | ) |
| Defendants. | ) |

## AMENDED ORDER

In accordance with the Memorandum filed herewith, Defendant Jerry Simmons's motion for summary judgment (Docket Entry No. 42) and the motion for summary judgment of Defendant Charles Pierce (Docket Entry No. 45) are **DENIED**. Defendant City of Centerville's motion for summary judgment (Docket Entry No. 38) is **GRANTED in part and DENIED in part**. The only City policy at issue for trial is the City's training of its officers on exculpatory evidence. The Court declines to exercise supplemental jurisdiction over the remaining state law claims that are **DISMISSED without prejudice**.

Defendant Pierce's motions for entry of an order on certain facts in Plaintiff's response to Pierce's statement of undisputed facts disputed (Docket Entry No. 78) and to exclude Plaintiff's "statement of undisputed facts", or, alternatively response to Plaintiff's statement of undisputed material facts (Docket Entry No. 81) are **DENIED as moot**.

It is so **ORDERED**.

ENTERED this the 8th day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Judge