IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WALTER EARL DODD, JR. ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VERSUS ) | CASE NO: 1:12-CV-00087 |
| ) | JUDGE HAYNES |
| JERRY SIMMONS, ) | Jury Demand |
| OFFICER CHARLES PIERCE, and ) | |
| CITY OF CENTERVILLE, ) | |
| ) | |
| DEFENDANTS. ) | |

*[Handwritten annotation: This motion is granted. The conference is set for September 19, 2014 at 10:00 am.] [signatures/initials]*

## JOINT MOTION FOR CONFERENCE TO SCHEDULE TRIAL DATE

Come the parties, by and through their undersigned counsel, and pursuant to Rules 16 & 40 of the Federal Rules of Civil Procedure respectfully Move the Court to schedule a conference with counsel and the Court in order to select a trial date agreeable to all, to facilitate counsel in preparing their schedules to more effectively and appropriately represent their clients. Alternatively, counsel for the Plaintiff advises that they had a trial scheduled before this Honorable Court on November 18, 2014 that has been removed from the Court's calendar. Counsel for the parties in this cause advise that they are available for trial on that date, should that be acceptable to the Court.

WHEREFORE, the undersigned respectfully Move the Court to schedule a date and time when all counsel can present themselves and their calendars either in court or by telephone conference and agree to dates available to the Court for the trial of this cause.

1