IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WALTER EARL DODD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:12-cv-00087 |
| v. | ) Senior Judge Haynes |
| | ) |
| JERRY SIMMONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Pierce's motion to renew motion for judgment as a matter of law and for a new trial (Docket Entry No. 273) is **GRANTED** but Defendant Pierce's renewed motion for judgment as a matter of law or, in the alternative, new trial is **DENIED**.

It is so **ORDERED**.

ENTERED this the 21st day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge